No. 46,754

STATE OF KANSAS, *Petitioner,* v. WILLIAM EUGENE SETTLE,
*Respondent.*

(506 P. 2d 1140)

Opinion filed March 16, 1973.

· *Per Curiam:* In this original proceeding in discipline the State
Board of Law Examiners found the respondent, William Eugene
Settle, guilty of professional misconduct arising out of seven com-
plaints and recommended his disbarment.

On February 23, 1973, after the board's formal report had been
docketed in this court, respondent personally delivered to the clerk
of this court his certificate to practice law in the courts of this state
together with his written statement that he desired to surrender
said certificate for cancellation.

The clerk of this court is ordered and directed to mark the cer-
tificate void and strike the name of William Eugene Settle from the
roll of attorneys of this state. It is further ordered that respondent
pay the costs of this proceeding.